UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RODNEY KEITH PERKINS,

                        Plaintiff,                  **ORDER**

     v.                                                       25-CV-3128
                                                          (Marutollo, M.J.)

KAMCO BUILDING MATERIALS,

                        Defendant.
------------------------------------------------------------X

**JOSEPH A. MARUTOLLO, United States Magistrate Judge:**

On May 15, 2025, Plaintiff Rodney Keith Perkins[1] filed this *pro se* action in the United States District Court for the Southern District of New York. Dkt. No. 1. The action was transferred to this Court on June 5, 2025. *See* Dkt. Nos. 3, 4. Plaintiff filed a signed version of his complaint on June 23, 2025, which the Court construes as an amended complaint and the operative pleading in this action. Dkt. No. 7. Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915, Dkt. No. 8, is **GRANTED**.

The Clerk of Court shall prepare a summons for Defendant Kamco Building Materials, and the United States Marshals Service is directed to serve the summons and the complaint (Dkt. No. 7) upon Defendant without prepayment of fees.

The Clerk of Court is further directed to send a copy of this Order to the *pro se* Plaintiff.

Dated:     Brooklyn, New York          **SO ORDERED.**
             July 14, 2025

                                                   */s/ Joseph A. Marutollo*
                                                   JOSEPH A. MARUTOLLO
                                                   United States Magistrate Judge

---

[1] Although Plaintiff maintains that he has changed his "birth name to: Imhotep Dragon Yeshau Christ Tutankhamun," he has signed the amended complaint and this *in forma pauperis* application with the names Rodney Keith Perkins and Rodney K. Perkins. *See* Dkt. No. 7.